# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-21120-CIV-MARTINEZ

UNITED STATES OF AMERICA
ex rel. Aylee A. Hallak, Sharnetta
Frame, and Shirah Klein,

    Plaintiffs,

v.

KINDRED HEALTHCARE, INC.,
KINDRED REHAB SERVICES, INC.
d/b/a REHABCARE, and PACIFIC 9TH
STREET APARTMENTS, INC. d/b/a
CLARIDGE HOUSE,

    Defendants.
_____/

\_ SEALED

\_ NOT SEALED

**FILED UNDER SEAL**

Per Local Rule 5.4(d), the matter(s)
shall remain sealed.
_____ (specific one)
_____ permanently _____ (other)

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that,

1. The Complaint and Amended Complaint be unsealed and served upon the Defendants by the Relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for the Court's Orders, the United States' motions for extension of time (but not its memoranda of law in support of such requests), and the United States' Notice of Election to Decline Intervention, which the Relators will serve upon the Defendants only after service of the Complaint and Amended Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should the Relators or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This _____ day of _____, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE